IN RE CASES HELD FOR THE DECISION IN *STATE v. WILLIAMS*.

[Cite as *In re Cases Held for the Decision in* State v. Williams, 130 Ohio St.3d 254, 2011-Ohio-5348.]

(Submitted August 8, 2011—Decided October 20, 2011.)

————————

{¶ 1} The following cases were held for the decision in *State v. Williams*, 129 Ohio St.3d 344, 2011-Ohio-3374, 952 N.E.2d 1108. The judgments of the courts of appeals are reversed, and the causes are remanded for application of *Williams*.

{¶ 2} 2009–0045. *State v. Swank,* Lake App. No. 2008–L–019, 2008-Ohio-6059, 2008 WL 4964659.

{¶ 3} 2009–0150. *State v. Countryman,* Washington App. No. 08CA12, 2008-Ohio-6700, 2008 WL 5265679.

{¶ 4} 2009–0454. *State v. Fisher,* Summit App. No. 24116, 2009-Ohio-332, 2009 WL 187958.

{¶ 5} 2009–0560. *State v. Rabel,* Cuyahoga App. No. 91280, 2009-Ohio-350, 2009 WL 205865.

{¶ 6} 2009–0645. *Holcomb v. State,* Logan App. Nos. 8–08–23, 8–08–24, 8–08–25, and 8–08–26, 2009-Ohio-782, 2009 WL 427616.

{¶ 7} 2009–0777. *State v. Gilfillan,* Franklin App. No. 08AP–317, 2009-Ohio-1104, 2009 WL 638264.

{¶ 8} 2009–0840. *State v. Hartman,* Cuyahoga App. No. 91040, 2009-Ohio-1069, 2009 WL 626089.

{¶ 9} 2009–0863. *State v. Omiecinski,* Cuyahoga App. No. 90510, 2009-Ohio-1066, 2009 WL 626114.

{¶ 10} 2009–1024. *State v. Blanchard,* Cuyahoga App. No. 90935, 2009-Ohio-1357, 2009 WL 792360.

{¶ 11} 2009–1049. *Toney v. State,* 182 Ohio App.3d 331, 2009-Ohio-1881, 912 N.E.2d 1137.

{¶ 12} 2009–1227. *State v. Franklin,* 182 Ohio App.3d 410, 2009-Ohio-2664, 912 N.E.2d 1197.

{¶ 13} 2009–1419. *State v. Irvin,* Ross App. No. 08CA3057, 2009-Ohio-3128, 2009 WL 1830759.

{¶ 14} 2009–1493. *State v. Gresham,* Montgomery App. No. 22766, 2009-Ohio-3305, 2009 WL 1914619.

{¶ 15} 2009–1588. *State v. Marks,* Ashtabula App. No. 2008–A–0048, 2009-Ohio-3790, 2009 WL 2356812.

{¶ 16} 2009–1604. *State v. Day,* Adams App. Nos. 08CA865 and 08CA866, 2009-Ohio-3755, 2009 WL 2332084.

{¶ 17} 2009–1716. *State v. Irvin,* Ross App. No. 08CA3056, 2009-Ohio-4181, 2009 WL 2521215.

{¶ 18} 2009–1811. *McGuire v. State,* Richland App. No. 08 CA 227, 2009-Ohio-4397, 2009 WL 2625843.

{¶ 19} 2009–1844. *State v. Howard,* Ross App. No. 08CA 3086, 2009-Ohio-4496, 2009 WL 2762760.

{¶ 20} 2009–2200. *State v. Kenney*, Franklin App. No. 09AP–231, 2009-Ohio-5584, 2009 WL 3401753.

{¶ 21} 2010–0289. *Caes v. State*, Warren App. No. CA2009–07–095, 2009-Ohio-6920, 2009 WL 5155092.

{¶ 22} 2010–0329. *State v. Taylor*, Athens App. No. 09CA22, 2010-Ohio-141, 2010 WL 200835.

{¶ 23} 2010–0627. *Boernke v. State*, Warren App. No. CA2009–06–070, 2010-Ohio-737, 2010 WL 705167.

{¶ 24} 2010–1882. *Green v. State*, Hamilton App. No. C–090650, 2010-Ohio-4371, 2010 WL 3610203.

{¶ 25} 2010–1911. *Young v. State*, Hamilton App. No. C–090771.

{¶ 26} 2010–1914. *Feltha v. State*, Hamilton App. No. C–090796.

{¶ 27} 2010–1915. *Beck v. State*, Hamilton App. No. C–090891.

{¶ 28} 2010–1917. *Phifer v. State*, Hamilton App. No. C–090861.

{¶ 29} 2010–1942. *Sparks v. State*, Hamilton App. No. C–100063.

{¶ 30} 2010–2157. *Mitchell v. State*, Hamilton App. No. C–100061.

{¶ 31} 2011–0226. *State v. Wade*, Franklin App. No. 10AP–159, 2010-Ohio-6395, 2010 WL 5543880.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

O'DONNELL, J., dissents and would affirm the judgments of the courts of appeals.

———————

{¶ 32} The following case was held for the decision in *State v. Williams*, 129 Ohio St.3d 344, 2011-Ohio-3374, 952 N.E.2d 1108. It is hereby dismissed as having been improvidently accepted.

{¶ 33} 2009–1858. *State v. Menton*, Mahoning App. No. 07 MA 70, 2009-Ohio-4640, 2009 WL 2859276.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

O'DONNELL, J., dissents.

{¶ 34} The following cases were held for the decision in *State v. Williams,* 129 Ohio St.3d 344, 2011-Ohio-3374, 952 N.E.2d 1108. They are hereby dismissed as having been improvidently accepted.

{¶ 35} 2011–0312.  *Hartley v. State,* Licking App. No. 10 CA 65, 2011-Ohio-96, 2011 WL 198997.

{¶ 36} 2011–0442.  *Clager v. State,* Licking App. No. 10 CA 49, 2010-Ohio-6074, 2010 WL 5110082.

{¶ 37} 2011–0586.  *Core v. State,* 191 Ohio App.3d 651, 2010-Ohio-6292, 947 N.E.2d 250.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, and McGEE BROWN, JJ., concur.

O'DONNELL and CUPP, JJ., dissent.